IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE R. RANDOLPH, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SPIRE RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 24-CV-02316-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of January 9, 2026 (Doc. 19), Plaintiff's individual claims against Defendant are **DISMISSED with prejudice** with each party to bear their own attorney's fees and costs. Additionally, Plaintiff's class claims against Defendant are **DISMISSED without prejudice** with each party to bear their own attorney's fees and costs.

**DATED: January 9, 2026**

                                                      MONICA A. STUMP,
                                                      Clerk of Court


                                                      By: *s/ Jackie Muckensturm*
                                                                Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                    STEPHEN P. MCGLYNN
                    U.S. District Judge